IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CORNELIES STEVENS,<br><br>                Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, in their Official and Individual Capacities; SCOTT FRAKES, in their Official and Individual Capacities; DR. DEOL, in their Official and Individual Capacities; DR. OGDEN, in their Official and Individual Capacities; TERESA ROYER, in their Official and Individual Capacities; JANET ARAUCO, in their Official and Individual Capacities; DR. RALITHA JOHNSON, in their Official and Individual Capacities; TAGARD BOYD, in their Official and Individual Capacities; and UNKNOWN DOCTORS, NURSES, STAFF, in their Official and Individual Capacities;<br><br>                Defendants. | 8:23CV193<br><br>ORDER |

        This matter is before the Court on its own motion. On July 13, 2023, the Clerk of the Court sent an order to Plaintiff at his last known address and it was returned to this Court as undeliverable as Plaintiff has been paroled. *See* Filing No. 14. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

        IT IS THEREFORE ORDERED that:

        1.     Plaintiff must update his address within 30 days. Failure to do so will

result in dismissal of this action without further notice to Plaintiff.

2. The Clerk of the Court is directed to send a copy of this Order to Plaintiff at the address on file with the Court and to the following address: 4835 South 49th Street, Omaha, NE 68117.[1]

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **September 8, 2023**: check for address.

Dated this 9th day of August, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

---

[1] See Filing No. 1 at 7.